## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

Peter Lane,

        Plaintiff,

    v.

Trans Union, LLC, Experian Information Solutions, Inc. and Equifax Information Services, LLC,

        Defendants.

Case No. 2:26-cv-00855-JHC

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff Peter Lane and Defendant Equifax Information Services, LLC, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

1

Stipulation of Dismissal
CASE NO: 2:26-cv-00855-JHC

Dated: July 17, 2026

**SANDERS LAW GROUP**

By: ___/s/ Craig B. Sanders___
Craig B. Sanders, Esq., WSBA #46986
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 144559
*Attorneys for Plaintiff*

**MARKOWITZ HERBOLD PC**

By: ___/s/ Matthew A. Levin___
Matthew A. Levin, WSBA #31011
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
MattLevin@MarkowitzHerbold.com
*Attorneys for Defendant Equifax Information Services, LLC*

**SO ORDERED.**

_____  **Date:** July 17, 2026
**Hon. John H. Chun**

Stipulation of Dismissal
CASE NO: 2:26-cv-00855-JHC